FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 4 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GARY RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Akiel Jackson,<br>a.k.a. "Coy Jackson"<br><br>Defendant. | No.   CR-21-01030-PHX-SMB (MTM)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 1 – 15<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(False Statement in Connection with the Acquisition of a Firearm)<br>Counts 16 – 30<br><br>18 U.S.C. §§ 922(g)(5) and 924(a)(2)<br>(Possession of a Firearm by Alien Unlawfully Present in the United States)<br>Counts 31 - 40<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNTS 1 - 15

On or about the dates listed below, in the District of Arizona, Defendant AKIEL JACKSON knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title

18, United States Code, to be kept in the records of each listed business, in that Defendant AKIEL JACKSON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant AKIEL JACKSON resided at an address in Chandler, Arizona, whereas in truth and fact, Defendant AKIEL JACKSON knew that he resided at a different address:

| Count | Date | FFL |
|---|---|---|
| 1 | April 28, 2021 | Robson Armory (Gilbert, AZ) |
| 2 | May 3, 2021 | AZ Guns (Chandler, AZ) |
| 3 | May 12, 2021 | 2A Ballistic Solutions (Tempe, AZ) |
| 4 | May 18, 2021 | Robson Armory (Gilbert, AZ) |
| 5 | June 5, 2021 | Moat Arms (El Mirages, AZ) |
| 6 | June 5, 2021 | Robson Armory (Gilbert, AZ) |
| 7 | June 7, 2021 | AZ Guns (Chandler, AZ) |
| 8 | June 12, 2021 | Moat Arms (El Mirage, AZ) |
| 9 | July 23, 2021 | Robson Armory (Gilbert, AZ) |
| 10 | August 9, 2021 | AZ State Armory (Peoria, AZ) |
| 11 | August 16, 2021 | Robson Armory (Gilbert, AZ) |
| 12 | August 22, 2021 | Moat Arms (El Mirage, AZ) |
| 13 | August 24, 2021 | Robson Armory (Gilbert, AZ) |
| 14 | July 27, 2021 | Sammy D's Discount Arms (Glendale, AZ) |
| 15 | August 23, 2021 | Sammy D's Discount Arms (Glendale, AZ) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 16 – 30

On or about the dates listed below, in the District of Arizona, Defendant AKIEL JACKSON knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant AKIEL JACKSON did execute a Department of Justice, Bureau of Alcohol, Tobacco,

- 2 -

Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was "Coy Jackson," a United States citizen, whereas in truth and fact, he knew his true identity to be "AKIEL JACKSON," a Jamaican citizen without status in the United States:

| Count | Date | FFL |
|---|---|---|
| 16 | April 28, 2021 | Robson Armory (Gilbert, AZ) |
| 17 | May 3, 2021 | AZ Guns (Chandler, AZ) |
| 18 | May 12, 2021 | 2A Ballistic Solutions (Tempe, AZ) |
| 19 | May 18, 2021 | Robson Armory (Gilbert, AZ) |
| 20 | June 5, 2021 | Moat Arms (El Mirages, AZ) |
| 21 | June 5, 2021 | Robson Armory (Gilbert, AZ) |
| 22 | June 7, 2021 | AZ Guns (Chandler, AZ) |
| 23 | June 12, 2021 | Moat Arms (El Mirage, AZ) |
| 24 | July 23, 2021 | Robson Armory (Gilbert, AZ) |
| 25 | August 9, 2021 | AZ State Armory (Peoria, AZ) |
| 26 | August 16, 2021 | Robson Armory (Gilbert, AZ) |
| 27 | August 22, 2021 | Moat Arms (El Mirage, AZ) |
| 28 | August 24, 2021 | Robson Armory (Gilbert, AZ) |
| 29 | July 27, 2021 | Sammy D's Discount Arms (Glendale, AZ) |
| 30 | August 23, 2021 | Sammy D's Discount Arms (Glendale, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 31 - 40

On or about the dates listed below, in the District of Arizona, Defendant AKIEL JACKSON, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed each listed firearm in and affecting interstate commerce:

//

//

//

//

//

//

//

| Count | Date | Make | Caliber | Model |
|-------|------|------|---------|-------|
| 31 | May 4, 2021 | Smith & Wesson | .40 | SD40 VE |
| 32 | May 12, 2021 | Sprinfield Arms | 9mm | XD-M |
| | | AEX | 9x19mm | AREX-DELT |
| | | SAR USA | 9mm | SAR 9X |
| | | SAR USA | 9mm | SAR9 |
| 33 | May 18, 2021 | EEA | 9mm | Regard MC |
| | | Smith & Wesson | 9mm | M&P 9 M2.0 |
| 34 | May 24, 2021 | Canik | 9mm | TP9SF |
| 35 | June 5, 2021 | AAE | 9mm | Regard |
| 36 | July 29, 2021 | Taurus | 9mm | G2C |
| 37 | August 4, 2021 | Taurus | 9mm | PT111 G2 |
| 38 | August 10, 2021 | Hipoint | 9mm | C9 |
| | | Canik | 9mm | TP9DA |
| | | Hipoint | 9mm | C9 |
| | | Hipoint | 9mm | C9 |
| 39 | August 20, 2021 | Smith & Wesson | 9mm | SD9 |
| | | Smith & Wesson | 9mm | G3C |
| 40 | August 29, 2021 | Taurus | 9mm | G3C |
| | | Taurus | 9mm | G2C |
| | | Tanfoglio, F.LLI, S.N.C | 9mm | Witness-P |
| | | Hipoint | 9mm | C9 |
| | | Hipoint | 9mm | C9 |

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 40 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 40 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

- 4 -

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: December 14, 2021

GARY RESTAINO
United States Attorney
District of Arizona


s/
ADDISON SANTOME
Assistant U.S. Attorney

- 5 -